IN RE: Williams, Jerome; — Defendants); Applying for Supervisory and/or Remedial Writ; Parish of St. Bernard 34th Judicial District Court Div. “B” Number 132-628, 132-629, 123-596, 120-837, 123-597; to the Court of Appeal, Fourth Circuit, Number 98KW-2433
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
TRAYLOR, J. not on panel.